Michael Gatti
Kendra E. Bowman (Contract Attorney with JDO)
Max D. Holmquist
JERMAIN DUNNAGAN & OWENS, P.C.
111 W. 16th Avenue, Suite 203
Anchorage, AK  99501
Telephone:  (907) 563-8844
Fax: (907) 563-7322
Email: mgatti@jdolaw.com
       kbowman@jdolaw.com
       mholmquist@jdolaw.com

*Attorneys for Defendant Petersburg Borough*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| JAMES KERR,<br><br>    Plaintiff,<br><br>v.<br><br>BOROUGH OF PETERSBURG and STEPHEN GIESBRECHT, in his individual and official capacity as Borough Manager,<br><br>    Defendants. | Case No.: 1:23-cv-00008-SLG<br><br>(State Court No. 1JU-22-00856 CI) |

## NOTICE OF REMOVAL OF CIVIL ACTION

To:  Judges of the United States District Court for the District of Alaska

And to:  James J. Davis, Jr.
    Goriune Dudukgian
    Northern Justice Project, LLC
    406 G. Street, Suite 207
    Anchorage, AK 99501
    jdavis@njp-law.com
    gdudukgian@njp-law.com

You are hereby notified that, pursuant to 28 U.S.C. §1441(a) and §1446, Defendant Petersburg Borough has this day filed in the United States District Court for the District of Alaska, this Notice of Removal to said District Court for the action brought by Plaintiff James Kerr in the Superior Court for the State of Alaska at Juneau, Case No. 1JU-22-00856CI; that Petersburg Borough has also filed a copy of this Notice with the Clerk of the Superior Court; and that said action has thereby been removed from the Superior Court to this Court.

Petersburg Borough respectfully submits the following grounds for removal:

**I.    THE STATE COURT ACTION**

1. On or about November 2, 2022, Plaintiff James Kerr filed a civil action in the Superior Court for the State of Alaska, First Judicial District at Juneau, styled *James Kerr vs. Borough of Petersburg*, Case No. 1JU-22-00856CI (the "original complaint"). The original complaint asserted state law claims for defamation and false light.

2. On or about August 15, 2023, Plaintiff James Kerr filed a civil action in the Superior Court for the State of Alaska, First Judicial District at Juneau, styled *James Kerr v. Borough of Petersburg and Stephen Giesbrecht, in his individual and official capacity as Borough Manager*, Case No. 1JU-22-00856CI (the "first amended complaint"). The first amended complaint asserts claims for defamation, false light, violation of Article I, § 5 of the Alaska Constitution, and violation of 42 U.S.C. § 1983.

3. In the first amended complaint, Plaintiff seeks injunctive relief as well as actual and compensatory damages for alleged economic and non-economic harm.

4. Upon information and belief, Defendant Stephen Giesbrecht has not been served with the first amended complaint. For this reason, Defendant Stephen Giesbrecht has not joined this Notice of Removal of Civil Action. Petersburg Borough expects Defendant Stephen Giesbrecht to consent to removal once service is perfected. Nevertheless, removal is appropriate pursuant to 28 U.S.C. § 1448.

## II. THE REQUIREMENTS FOR REMOVAL ARE SATISFIED

5. This action may be removed pursuant to 28 U.S.C. §1441(a) on the grounds that, pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claim that Defendants violated 42 U.S.C § 1983 as that claim arises under the laws of the United States.

6. This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 42 U.S.C. § 1367(a) because those claims are so related to Plaintiff's federal claim that they form part of the same case or controversy under Article III of the United States Constitution.

7. Plaintiff's original complaint was not removable as it alleged only state law claims. In its Order Granting Second Motion for Leave to Amend Complaint distributed August 15, 2023, the Superior Court authorized the filing of the first amended complaint. Plaintiff filed the first amended complaint the same day. This Notice of Removal of Civil Action is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(3) because it was filed

within 30 days of receipt of an order from which it could first be ascertained that the case is or has become removable.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal of Civil Action is being served on all adverse parties who have appeared and filed with the Superior Court for the State of Alaska, First Judicial District at Juneau.

9. This Notice of Removal of Civil Action is being signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

10. Pursuant to District of Alaska Local Civil Rule 3.1(a), a copy of the civil cover sheet is being submitted herewith.

11. This Court has personal jurisdiction over the parties.

12. Because Plaintiff's first amended complaint was filed and is currently pending in the Superior Court for the State of Alaska, First Judicial District at Juneau, this District is the proper venue for this action upon removal pursuant to 28 U.S.C. § 1441(a). The Juneau division is the proper court location for this action upon removal because it is located within the same city as the original state court action. *See* 28 U.S.C. § 1446(a); District of Alaska Local Civil Rule 3.2(b)(2).

13. The documents attached hereto as Exhibit A are true and correct copies of all process, pleadings, and orders in the Superior Court action served upon Petersburg Borough to date.

14. By this Notice of Removal of Civil Action, Petersburg Borough does not waive any defenses, objections, or arguments it may assert in this action, and intends no

admission of fact, law, or liability. Petersburg Borough expressly reserves all defenses, objections, and arguments available to it.

WHEREFORE, Petersburg Borough prays that upon filing this Notice of Removal of Civil Action, this Court will exercise its jurisdiction in this action for all other proceedings.

Dated this 24th day of August, 2023 at Anchorage, Alaska.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendant Petersburg Borough

By: /s/ *Michael Gatti*
Michael Gatti
ABA #8306033
Kendra E. Bowman (Contract attorney with JDO)
ABA #0511109
Max Holmquist
ABA #0911057

**CERTIFICATE OF SERVICE:**

This is to certify that a true and correct copy of the foregoing was served by E-Service using CM/ECF System on August 24, 2023, to:

James J. Davis, Jr.
Goriune Dudukgian
Northern Justice Project, LLC
406 G. Street, Suite 207
Anchorage, AK 99501
jdavis@njp-law.com
gdudukgian@njp-law.com

*/s/ Anita Rustad*
Anita Rustad

# INDEX OF STATE COURT PLEADINGS

Complaint for Injunctive Relief and Damages ................................................................... 1

Entry of Appearance (JDO) ............................................................................................... 9

Answer to Complaint for Injunctive Relief and Damages ............................................... 11

Jury Demand ..................................................................................................................... 19

Notice Regarding Report of Parties' Planning Meeting................................................... 21

Report of Parties' Planning Meeting ................................................................................ 22

Notice of Hearing ............................................................................................................. 26

Defendant's Motion for Partial Summary Judgment (Public Official, Public Figure, and Matter of Public Concern) ................................................................................................ 27

Memorandum in Support of Defendant's Motion for Partial Summary Judgment (Public Official, Public Figure, and Matter of Public Concern) .................................................. 29

[Proposed] Order Granting Defendant's Motion for Partial Summary Judgment (Public Official, Public Figure, and Matter of Public Concern) ................................................ 183

Pretrial Order.................................................................................................................. 185

Plaintiff's Conditional Non-Opposition to Defendant's Motion for Partial Summary Judgment ........................................................................................................................ 187

Motion and Memorandum for Leave to Amend Complaint.......................................... 189

Order Granting Plaintiff's Motion for Leave to Amend (not signed)............................ 197

First Amended Complaint for Injunctive Relief and Damages ..................................... 198

Entry of Appearance ...................................................................................................... 213

Reply to Plaintiff's Conditional Non-Opposition to Defendant's Motion for Partial Summary Judgment ........................................................................................................ 215

Opposition to Plaintiff's Motion for Leave to Amend Complaint................................. 219

[Proposed] Order Denying Plaintiff's Motion for Leave to Amend Complaint............ 237

Entry of Appearance ...................................................................................................... 239

Defendant's Motion to Exclude Confidential Exhibit and Keep It Under Seal ............ 241

Memorandum in Support of Motion to Exclude Confidential Exhibit and Keep It Under Seal ................................................................................................................................. 243

[Proposed] Order Granting Defendant's Motion to Exclude Confidential Exhibit and Keep It Under Seal .................................................................................................. 251

Unopposed Motion for Extension of Time ............................................................... 253

Order Granting Plaintiff's Motion for Extension of Time (not signed) .......................... 255

Order Granting Plaintiff's Motion for Extension of Time ............................................ 256

Stipulation and Order Amending Deadlines ............................................................. 257

Stipulation and Order Amending Deadlines ............................................................. 259

Reply Memorandum Re Plaintiff's First Motion for Leave to Amend Complaint ........ 261

Motion and Memorandum for Leave to File Second Amended Complaint ................... 265

Order Granting Plaintiff's Second Motion for Leave to Amend (not signed) ............... 273

Second Amended Complaint for Injunctive Relief and Damages ............................... 274

Plaintiff's Opposition to Defendant's Motion to Exclude Confidential Exhibit and Keep It Under Seal .................................................................................................. 291

Affidavit of James Kerr ........................................................................................... 299

Reply to Plaintiff's Opposition to Motion to Exclude Confidential Exhibit and Keep It Under Seal .................................................................................................. 302

Conditional Non-Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint ................................................................................................ 309

Stipulation Amending Pretrial Deadlines ................................................................. 314

Motion and Memorandum to Strike Supplemental Affidavit and Exhibit .................... 316

[Proposed] Order Granting Defendant's Motion to Strike Supplemental Affidavit and Exhibit ............................................................................................................. 320

Notice of Filing ...................................................................................................... 322

First Amended Complaint for Injunctive Relief and Damages ................................... 324

Order Granting Defendant's Motion for Partial Summary Judgment (Public Official, Public Figure, and Matter of Public Concern) ............................................... 341

Order Granting Second Motion for Leave to Amend Complaint ................................ 343

Notice of Change of Address .................................................................................. 344

Plaintiff's Opposition to Defendant's Motion to Strike Supplemental Affidavit and Exhibit................................................................................................................... 346